IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| GAIL SPLAIN, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) No. 07-4062-CV-C-SOW |
| CORRECTIONAL MEDICAL SERVICES, INC., et al., | ) ) ) ) |
| Defendants. | ) ) |

## ORDER

    On August 1, 2007, plaintiff filed a motion to transfer or to dismiss, without prejudice. Most of the defendants named in the complaint reside within the jurisdiction of the United States District Court for the Eastern District of Missouri, which is the same judicial district where all or a substantial part of the events or omissions giving rise to plaintiff's claims occurred. Accordingly, venue is proper in the United States District Court for the Eastern District of Missouri. *See* 28 U.S.C. § 1391(b).

    IT IS, THEREFORE, ORDERED that this case is transferred to the United States District Court for the Eastern District of Missouri, pursuant to 28 U.S.C. § 1406(a). [3]

    /s/Scott O. Wright
    SCOTT O. WRIGHT
    Senior United States District Judge

Dated: October 15, 2007